UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number: 18-14336-CIV-MARTINEZ-REID**

KENNETH M. POLLAK,

    Petitioner,

vs.

JULIE JONES,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THIS CAUSE was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation ("R&R") on all dispositive matters, [ECF Nos. 2, 33]. Magistrate Judge Reid filed a R&R, [ECF No. 39], recommending that Petitioner's *pro se* Amended Petition for Habeas Corpus be denied as time-barred, no certificate of appealability be issued, and the case be closed. The Court has conducted a *de novo* review of the record, including the Amended Petition, [ECF No. 10], Petitioner's Amended Appendix, [ECF No. 11], the government's Responses, [ECF Nos. 19–21, 25–26], Petitioner's Objections to the R&R, [ECF No. 42], and all other pertinent portions of the record.

Having conducted such review, the Court agrees with Magistrate Judge Reid's conclusion that Petitioner has failed to show (1) that equitable tolling is warranted, or (2) a claim of actual innocence. Accordingly, the Amended Petition is time-barred and must be dismissed. The Court adopts and incorporates Magistrate Judge Reid's analysis herein.

Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation,

[ECF No. 39], is **AFFIRMED** and **ADOPTED**.

Accordingly, it is

**ADJUDGED** that:

1. Petitioner's Amended Petition, [ECF No. 10], is **DISMISSED** as time-barred. Accordingly, his request to amend is **DENIED AS MOOT**.

2. No Certificate of Appealability shall issue.

3. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of August, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Kenneth M. Pollak, *pro se*